El Pueblo de Puerto Rico, demandante y apelado, *v.* Aurelio Vázquez, acusado y apelante.

No. 3947—*Sometido:* Enero 24, 1930. *Resuelto:* Enero 31, 1930.

A. *Reyes Delgado*, abogado del apelante; *R. A. Gómez*, abogado de *El Pueblo*, apelado.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

Aurelio y Rafael Vázquez fueron acusados a virtud de una denuncia por delito de acometimiento y agresión con circunstancias agravantes que imputaba los siguientes hechos:

"Que en 5 de mayo, 9 p.m. de 1929, y en el barrio Bartolo, del Distrito Judicial Municipal de Lares, que forma parte del Distrito Judicial de Aguadilla, Puerto Rico, allí y entonces, los referidos acusados, voluntaria, maliciosa y con el ánimo de causar grave daño corporal contra la persona de Francisco Muñiz, que es un sér humano, le acometieron y agredieron disparándole un tiro con una escopeta por la espalda, interesándole en la piel varias municiones, el acusado Rafael Vázquez fué el que disparó contra el denunciante y el otro acusado le acompañaba."

Rafael Vázquez fué absuelto por la corte municipal. Aurelio Vázquez fué convicto en dos ocasiones, primero en la corte municipal y luego, después de un juicio de nuevo, en la corte de distrito. En cuanto a él, la denuncia no imputa la comisión de delito alguno.

*La sentencia apelada debe ser revocada.*

El Juez Asociado Señor Texidor no intervino.